[No. 2856–3. Division Three. August 8, 1979.]

ROLAND SLOAN, *Appellant,* v. ENTIAT SCHOOL DISTRICT No. 127, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 31018, B. E. Kohls, J., entered April 7, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 6139–1. Division One. August 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY CHARLES AINSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82506, James A. Noe, J., entered November 9, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Dore, JJ.

[No. 6406–1. Division One. August 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALEXANDER DAMON RUTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83295, Barbara Durham, J., entered February 23, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Williams, JJ.

[No. 6439–1. Division One. August 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY ALLEN MURRIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83639, Warren Chan, J., entered March 14, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson, A.C.J., and Williams, J.